United States District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX HAMILTON, | ) |
| | ) CIVIL NO. 3:17-cv-05493-RAJ |
| Plaintiff, | ) |
| | ) ~~PROPOSED~~ ORDER FOR EAJA FEES, COSTS, |
| vs. | ) AND EXPENSES |
| | ) |
| NANCY BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon Plaintiff's Motion for EAJA Fees, Costs, and Expenses, it is hereby ORDERED that attorney's fees in the total amount of $7,621.90 (which is for work performed by Jeffrey Baird in the amount of $6,472.14 plus work performed by Elie Halpern in the amount of $1,149.76) and expenses in the amount of $1.96 (for postage) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $433.40 (for photocopies and filing fee) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586; 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie Halpern, at his office at Halpern Olivares PLLC, 2102 Carriage Drive SW, Building E102, Olympia, WA 98502*; however,*

~~PROPOSED~~ ORDER FOR EAJA FEES, COSTS, AND
EXPENSES – «F494»1

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Halpern Olivares PLLC, 2102 Carriage Drive SW, Building E102, Olympia, WA 98502.

DATED this 1st day of October, 2018.

*Richard A. Jones*
‎_____
The Honorable Richard A. Jones
United States District Judge