United States District Judge Richard A. Jones «F403» «F400» «F404»

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEX HAMILTON, | ) |
|       Plaintiff, | ) CIVIL NO. 3:17-cv-05493-RAJ |
| vs. | ) ORDER FOR ATTORNEY'S FEES |
| | ) PURSUANT TO 42 U.S.C. § 406(b) |
| NANCY BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
|       Defendant. | ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorney's Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant not opposing the granting the relief requested in said motion, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $13,581.62 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $7,621.90 that previously were awarded, leaving a net fee of $5,959.72. When issuing the 42 U.S.C. § 406(b) check for

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) - 1

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Ehalpern7379@gmail.com

payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of 5,959.72 minus any applicable processing fees as allowed by statute

DATED this 7th day of June, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) - 2

Halpern Olivares PLLC
2102 Carriage Drive SW, Building E102
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Ehalpern7379@gmail.com